IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS BALL, | : |
| Plaintiff, | : |
| vs. | : NO. 5:24-cv-314-CAR-CHW |
| Lieutenant KENNETH ALLEN, et al., | : |
| Defendants. | : |

### ORDER

Plaintiff Travis Ball, a prisoner in Dooly State Prison in Unadilla, Georgia, filed a 42 U.S.C. § 1983 action and moved to proceed *in forma pauperis*. ECF No. 1; ECF No. 2. On October 23, 2024, the Court ordered Plaintiff to file a recast complaint and submit a certified copy of his trust fund account statement. ECF No. 4. Plaintiff failed to respond. On November 22, 2024, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to follow the October 23, 2024 Order. ECF No. 6. Plaintiff was given fourteen days to respond and told that failure to respond would result in dismissal of his action. *Id*. at 2. Plaintiff has not responded to the November 22, 2024 Order to Show Cause.

Due to Plaintiff's failure to respond and follow Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist*., 570 F.2d 541,

544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 19th day of December, 2024.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT