IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRAVIS BALL,                                                *

                              Plaintiff,                    *

v.                                                              Case No.  5:24-cv-00314-CAR-CHW

                                                            *

Lieutenant KENNETH ALLEN, et al.,

                                                            *

                              Defendants.

_____          *

### J U D G M E N T

Pursuant to this Court's Order dated December 19, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of December, 2024.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk